JUNE.

THE STATE, USE OF ECKMAN, vs WOLFE, *et al.*

Upon the drawing of a lottery a certain ticket therein owned by J E. for whose use this action was brought, drew a prize, but upon the conclusion of the drawing there were found in one of the wheels 14 blanks and prizes, against which there were no corresponding numbers remaining in the other wheel, and the managers drew the lottery over again; on the second drawing, before the wheels were exhausted, several mistakes were detected, and the managers discontinued the second drawing, and commenced a third drawing, on which the blanks and prizes and numbers came out even In neither the second nor the third drawing was the prize claimed by the plaintiff drawn—*Held* that the action could not be maintained.

APPEAL from *Frederick* County Court. This was an action of debt brought at the instance and for the use of *Jacob Eckman*, on a bond executed by the defendants as managers of a lottery, &c. The defendants, (now appellees,) pleaded general performance, to which there was a replication of non-performance, assigning the breaches, &c.

At the trial, the plaintiff offered in evidence an office copy, under seal, of the bond of the defendants, as managers of the lottery therein mentioned, dated the 4th of April 1804, and which was taken agreeably to the act of 1803, ch. 35. The plaintiff also offered in evidence the scheme of a lottery, which is admitted to be the scheme proposed by the managers. Also a lottery ticket, No. 3626, and which was admitted to be one of the tickets issued by the managers. The plaintiff then proved, by the testimony of *Charles Baltzell*, that the drawing of the lottery was commenced, and that he was present when part of the numbers, blanks and prizes, were put in the wheels by the managers, but does not recollect whether he saw the whole of them put in or not; that at that time he, the witness, heard of no error in counting or putting into the wheels the blanks and prizes. The plaintiff further proved, that the managers proceeded to draw the lottery, and that after some days drawing, the number of the ticket abovementioned was drawn against the prize of $800 mentioned in the scheme. The plaintiff further proved, that *Jacob Eckman*, for whose use this action was brought, presented the above ticket to *Jacob Wolfe*, one of the defendants, and demanded payment of the *prize*, and that *Wolfe* refused to pay it, and that this demand was made more than two months, and within six months, after the

drawing of the lottery was completed. The defendants then proved by a competent witness, that at the conclusion of the drawing of the lottery, there was found in one of the wheels fourteen blanks and prizes against which there were no corresponding numbers remaining in the other wheel; that the managers then concluded to draw the lottery over again. That on the second drawing, before the wheels were exhausted, several mistakes were detected in the second drawing by them, there being duplicates of the numbers drawn from one of the wheels. That the managers discontinued the second drawing, and commenced a third drawing; on which third drawing the blanks and prizes and numbers came out even, and that neither on the second nor third drawing was the prize claimed by the plaintiff drawn by him. The plaintiff then prayed the opinion of the court to the jury, that if they shall find from the evidence that the numbers, and blanks and prizes, were all put in the wheels before the drawing commenced, and that the drawing of the lottery was regularly begun according to law, and that the said ticket No. 3626 drew the prize of $800, that then the plaintiff is entitled to recover. Which opinion the court, [*Buchanan*, Ch. J. and *Clagett* and *Shriver* A. J.] refused to give. The plaintiff excepted; and the verdict and judgment being for the defendants, the plaintiff appealed to this court.

The cause was argued before POLK, EARLE, and JOHNSON, J. by

*Taney* and *Brooke*, for the Appellant; and by
*Warfield*, for the Appellee.

JUDGMENT AFFIRMED.